UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENJAMIN TENORE,<br><br>Plaintiff,<br><br>v.<br><br>RENEE SIEMSEN, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-0071-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an application to proceed *in forma pauperis*. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 6, is GRANTED; and

2. Plaintiff is granted fifteen days from the date of this order in which to file an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   April 22, 2025                                      _____
                                                                            JEREMY D. PETERSON
                                                                            UNITED STATES MAGISTRATE JUDGE

1