UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BENJAMIN TENORE,

Plaintiff,

v.

RENEE SIEMSEN, *et al.*,

Defendants.

Case No.  2:25-cv-0071-JDP (P)

ORDER TO SHOW CAUSE

On May 9, 2025, I screened the complaint and found that it failed to state a cognizable section 1983 claim.  ECF No. 10 at 2-3.  I dismissed the complaint with leave to amend.  *Id.* at 3. Plaintiff filed objections and a request to proceed on the complaint.  ECF No. 17.  On December 8, 2025, after reviewing the objections, I declined to change my screening analysis and I ordered plaintiff to file, within thirty days, an amended complaint.  ECF No. 18.  I also warned plaintiff that should he fail to file an amended complaint within the proscribed time, I would recommend that this action be dismissed.  *Id.* at 2.  To date, plaintiff has not responded.

The court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal.  *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court.").  A court may dismiss

1

an action based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

I will give plaintiff a chance to explain why the court should not dismiss the case for his failure to file an amended complaint. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim. Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen days, an amended complaint.

IT IS SO ORDERED.


Dated:    January 29, 2026                                 _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

2